## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| MIDVALLEY BUILDING CENTER INC, | ) | |
| | ) | |
| Debtor. | ) | Case No. 10-40179 |

### MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY TO TRUSTEE

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Direct Debtor to Turnover Property to Trustee, states as follows:

1.      Dana S. Frazier, is the duly and acting trustee in this case.

2.      The Debtor filed a Chapter 11 bankruptcy petition on February 10, 2010 and converted to a Chapter 7 bankruptcy on August 4, 2010.

3.      The Debtor provided copies of its operating statement which indicated a balance in the Southern Trust Bank checking account in the amount of $9,291.48.

4.      The Trustee requested the turnover of the monies in the amount of $9,291.48 by written letter dated December 30, 2011, January 19, 2011, February 8, 2011 and February 25, 2011.

5.      To date, the Debtor has made no payments and is currently due and owing $9,291.48.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtor to turnover to the Trustee within 10 days the remaining amount owed as to balance of the Southern Trust checking account in the amount of $9,291.48.  The Trustee also requests judgment to enter in the amount of $9,291.48 and if Debtor fails to make said payment in 10 days, the Trustee may proceed with collection of the judgment.

Respectfully Submitted

/s/ Dana S. Frazier
Dana S. Frazier, 06242921
Chapter 7 Trustee

Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Tel:      618-687-5707
Fax:      618-687-5710

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the **Motion to Direct Debtor to Turnover Property to Trustee** by U.S. Mail or Electronic Mail to:

Dan Cavaness, Debtors Attorney

Geoffrey Craig Rose
1601 East DeYoung
Marion, IL  62959

U.S. Trustee

Dated:  October 11, 2011

/s/ Dana S. Frazier
Dana S. Frazier, #06242921
Chapter 7 Trustee
P.O. Box 159
Murphysboro, IL  62966
Phone:  (618) 687-5707
Fax:(618) 687-5710
